# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| DARLING'S, d/b/a DARLING'S AUTO MALL, | ) | |
| Plaintiff | ) | |
| v. | ) | Civil No.   05-59-B-S |
| | ) | |
| GENERAL MOTORS CORPORATION, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER AFFIRMING THE
## <u>RECOMMENDED DECISION OF THE MAGISTRATE JUDGE</u>

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 51) filed April 21, 2006, the Recommended Decision is <u>AFFIRMED</u>.

Accordingly, it is <u>ORDERED</u> that Defendant's Motion for Summary Judgment (Docket No. 28) is <u>GRANTED</u>.   Plaintiff's Motion for Partial Summary Judgment (Docket No. 22) is <u>DENIED</u>.   Neither party is entitled to summary judgment on the estoppel defense.   Judgment will be entered on behalf of the defendant.

 /s/ George Z. Singal
Chief United States District Judge

Dated this 7th day of June, 2006.